UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00017-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff. )<br>) ORDER<br>vs. )<br>)<br>(11) EDWARD HAROLD SAUNDERS, )<br>J.R., )<br>)<br>Defendant. )<br>) | |

THIS MATTER is before the court on Mark Edwards's Motion to Appear *Pro Hac Vice*. It appearing that Mark Edward is a member in good standing with the Texas State Bar, the Court enters the following Order:

IT IS, THEREFORE, ORDERED that

(1) Mark Edward's Motion for Admission *Pro Hac Vice* is **GRANTED**; and

(2) Mark Edward remit to the Clerk the required special admission fee of $288.00, is such fee has not already been paid.

IT IS SO ORDERED.

Signed: February 12, 2021

Frank D. Whitney
United States District Judge

1