UNITED STATES DICTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:94-CR-00017-FDW-1 |
| EDWARD SAUNDERS, ) | |
| Defendant. ) | |

## ORDER ON MOTION FOR RELEASE OF PRE-SENTENCE INVESTIGATION REPORT

Presently before the Court is Defendant Edward Saunders's Motion for Release of Pre-Sentence Report (Docket Entry ___). The motion is GRANTED. The Clerk shall release a copy of Defendant's Pre-Sentence Investigation Report to Defendant's counsel of record, Mr. Jeremy Brian Gordon.

SIGNED this 25th day of March 2021.

UNITED STATES DISTRICT JUDGE