# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:94cr17**

**V.**

**ORDER**

**EDWARD HAROLD SAUNDERS, JR.**

___

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 426.) Motion to Seal Document Exhibit I.

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.426) is **GRANTED.**

Signed: October 5, 2021

Frank D. Whitney
United States District Judge