**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.** 3:94-CR-00017-FDW

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **EDWARD HAROLD SAUNDERS JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

  **THIS MATTER** is before the Court on Defendant's pro se filing entitled, "Motion to Withdraw Counsel of Record," (Doc. No. 444), Defendant's Pro Se Motion to File Second Supplemental Pleading, (Doc. No. 438), Defendant's Amended Pro Se Motion for Compassionate Release, (Doc. No. 180), and Defendant's "Motion for Status," (Doc. No. 450).

  First, for the reasons stated in counsel's response to the "Motion to Withdraw," (Doc. No. 446), the Court GRANTS the motion.

  Second, the Court GRANTS Defendant's "Motion for Leave to File Supplemental Pleading," (Doc. No. 438). Although the Government has responded to Defendant's prior motions for compassionate release, (see Doc. Nos. 424, 435), Defendant's most recent motion raises new arguments not yet addressed by the Government. Accordingly, the Court DIRECTS the Government to file a response that addresses the newly-asserted arguments in the Amended Motion, (Doc. No. 445), within twenty-eight days of this Order. Defendant shall have twenty-eight (28) days after service of the Government's response to file a final reply brief.

  Finally, in light of this Order allowing counsel to withdraw, allowing amendment of the motion to reduce sentence, and ordering supplemental briefing, the Court DENIES AS MOOT the "Motion for Status," as this Order provides an update to Defendant.

1

**IT IS THEREFORE ORDERED** that the Motion to Withdraw Counsel of Record," (Doc. No. 444), is GRANTED; Defendant's "Motion for Leave to File," (Doc. No. 438) is GRANTED; and Defendant's "Motion for Status," (Doc. No. 450), is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the parties shall engage in supplemental briefing as provided above.

**IT IS SO ORDERED.**

Signed: May 3, 2023

Frank D. Whitney
United States District Judge